UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACKSON NATIONAL LIFE
INSURANCE COMPANY,

       Plaintiff,                            Case No. 1:12-cv-691

v.                                             HON. JANET T. NEFF

SCHARF GROUP, LLC,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed December 17, 2012 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 22) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** Plaintiff's Motion for Entry of Default Judgment (Dkt 14) is GRANTED for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.

Dated:  January 7, 2013                                 /s/Janet T. Neff
                                                           JANET T. NEFF
                                                           UNITED STATES DISTRICT JUDGE